UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CYNTHIA HOOGERHEYDE,**

      Plaintiff,

v.                        CASE NO.:

**STARBUCKS CORPORATION,**

      **Defendant.**

_____/

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant STARBUCKS CORPORATION hereby submits the following Corporate Disclosure Statement pursuant to Rule 7.1, Federal Rules of Civil Procedure. Starbucks has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: February 24, 2020.          Respectfully submitted,

                                        LITTLER MENDELSON, P.C.

                     BY:    */s/ Kimberly J. Doud*
                                  Kimberly J. Doud, Esquire
                                  Fla. Bar No.: 523771
                                  Email: kdoud@littler.com
                                  111 North Orange Ave., Suite 1750
                                  Orlando, FL 32810
                                  Telephone: 407.393.2900
                                  Facsimile: 407.393.2929

                                  Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY certify that on the 24th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Marie A. Mattox, Esquire, Marie A. Mattox, PA, 203 North Gadsden Street, Tallahassee, FL 32303 – email: marie@mattoxlaw.com; marlene@mattoxlaw.com and michelle@mattoxlaw.com.

                                                /s/Kimberly J. Doud
                                                Kimberly J. Doud, Esq.

4827-4293-2916.1 055187.1000